# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Aguirre, | ) No. CV 1-08-980-FRZ |
| Plaintiff, | ) **SCHEDULING ORDER** |
| vs. | ) Discovery Deadline: **January 25, 2012** |
| | ) Dispositive Motion Deadline: **February 27, 2012** |
| R. Lopez; D. Adams; F. Fields; M. Jennings; and J. Kavanaugh. | ) |
| Defendants. | ) |

Upon review of Plaintiff's Motion for Continuance to the Court's Scheduling Order and Defendants' Statement of Non-Opposition thereto,

**IT IS ORDERED** that Plaintiff's Motion for Continuance to the Court's Scheduling Order (Doc. 38) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Scheduling Order deadlines are amended as follows:

   A.   If they so choose, counsel for Defendants shall depose Plaintiff, at Defendants' expense, on or before **November 15, 2011**.

   B.   The parties shall disclose a **witness list** on or before **December 15, 2011**. On or before that date, the parties are directed to exchange their complete list of witnesses.

   C.   All **discovery**, including depositions of parties (other than the Plaintiff), witnesses and experts shall be completed by **January 25, 2012**.

   D.   **Dispositive motions** shall be filed on or before **February 27, 2012**.

1  E. The parties are directed to submit a jointly prepared letter regarding the status of settlement by **March 26, 2012**.

3  F. Parties and counsel shall file a **Joint Proposed Pretrial Order** within **thirty (30) days after resolution of the dispositive motions** filed after the end of discovery. If no such motions are filed, a Joint Proposed Pretrial Order will be due on or before **March 26, 2012**.

**IT IS FURTHER ORDERED** that all other provisions, including limitations, requirements and warnings, of the original Scheduling Order filed July 21, 2010, shall remain in effect.

DATED this 1st day of September, 2010.

_____
Frank R. Zapata
Senior United States District Judge