# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Aguirre, | ) No. CV 1-08-980-FRZ |
| Plaintiff, | ) ORDER |
| vs. | ) |
| R. Lopez; D. Adams; F. Fields; M. Jennings; and J. Kavanaugh. | ) |
| Defendants. | ) |

    Upon review of Defendants' Request to Conduct Depositions Via Videoconference pursuant to Rule 30(b)(4), Federal Rule of Civil Procedure, requesting the Court issue an order to permit Defendants' counsel to conduct the deposition of Plaintiff Richard Aguirre and all witnesses via videoconference;

    IT IS HEREBY ORDERED that Defendants' Request to Conduct Depositions Via Videoconference (Doc. 48) of Plaintiff and witness' is GRANTED.

    IT IS FURTHER ORDERED that nothing in this Order shall be interpreted as requiring any penal institution to obtain videoconferencing equipment if it is not already available.

DATED this 31st day of October, 2011.

Frank R. Zapata
Senior United States District Judge