# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Richard Aguirre, | ) | No. CV 1-08-980-FRZ |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| R. Lopez; D. Adams; F. Fields; M. Jennings; and J. Kavanaugh. | ) ) ) | |
| Defendants. | ) ) | |

Pending before the Court in this matter are Defendants' Motion for Summary Judgment; Defendants Lopez, Adams, Fields, Jennings and Kavanaugh's Request for Ruling on Motion for Summary Judgment; Plaintiff Aguirre's [voluntary] Dismissal of Defendant J. Kavanaugh; and Plaintiff Aguirre's Motion for Leave of Court to Exceed 17 Page Limitation to Oppose Summary Judgment.

IT IS HEREBY ORDER that Plaintiff Aguirre's Motion for Leave of Court to Exceed 17 Page Limitation to Oppose Summary Judgment (Doc. 81) is GRANTED;

IT IS FURTHER ORDERED that Plaintiff Aguirre's Dismissal of Defendant J. Kavanaugh (Doc. 80) is GRANTED;

IT IS FURTHER ORDERED that Defendant J. Kavanaugh is hereby DISMISSED from this action with prejudice;

IT IS FURTHER ORDERED that Defendants Lopez, Adams, Fields, Jennings and Kavanaugh's Request for Ruling on Motion for Summary Judgment (Doc. 77) is DENIED as moot;

1  IT IS FURTHER ORDERED that Defendants' Motion for Summary Judgment (Doc.
2  72) is deemed submitted and under advisement.

4  DATED this 31st day of March, 2014.

Frank R. Zapata
Senior United States District Judge